UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  26-60590-CIV-DAMIAN

CESILIO AGUILAR PEREZ,

      Petitioner,

v.

MARCOS CHARLES, *et al.*,

      Respondents.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the parties' Joint Status Report ("Report") [ECF No. 11], filed on April 24, 2026. In the Status Report, the parties indicate that on April 10, 2026, Petitioner, Cesilio Aguilar Perez ("Petitioner"), was given a bond hearing before the Immigration Court, consistent with this Court's Order [ECF No. 9] and that the Immigration Judge denied a bond, weighing the nine factors in *Matter of Guerra*, 24 I & N Dec. 37 (BIA 2006), and concluding that Petitioner presents a flight risk. Petitioner submits that the bond hearing was not individualized but arrives at that conclusion relying only on the relative weight the Immigration Judge gave to certain facts over others. *Id.* In light of the foregoing, and noting that an individualized bond hearing appears to have taken place and seeing no pending matters on the docket, it is hereby

      **ORDERED AND ADJUDGED** that this case is **DISMISSED**.

      **DONE AND ORDERED** in Chambers in the Southern District of Florida, this 5th day of May, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**